RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

AMY MATCHISON (CABN 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 307-6422
Fax:            (202) 307-0054
E-mail:  Amy.T.Matchison@usdoj.gov
              Western.Taxcivil@usdoj.gov

NICOLA T. HANNA
United States Attorney
312 North Spring Street, Suite 1200
Los Angeles, California 90012

*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>FRANK AGRAMA<br><br>Respondent. | Case No.<br><br>**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |

  The United States of America, through undersigned counsel, petitions the Court for

an order enforcing an Internal Revenue Service (IRS) summons served on respondent,

Frank Agrama (a.k.a. Farouk Agrama) pursuant to 26 U.S.C. § 7602.

  In support of this petition, the United States alleges as follows:

  1.  This is a proceeding brought pursuant to Sections 7402(b) and 7604(a) of the

1

Internal Revenue Code (Title 26, United States Code) for judicial enforcement of an IRS summons described below.

2.      The Court has jurisdiction over this proceeding pursuant to Sections 7402(b) and 7604(a) of the Internal Revenue Code and 28 U.S.C. §§ 1340 and 1345.  Venue properly lies within this district.

3.      This proceeding is appropriate for assignment to the Western Division since Mr. Agrama resides in Los Angeles County.

4.      The IRS is conducting an examination of the federal income tax liability of Frank and Olfet Agrama for the tax years 1997 through 2009, and 2011.  Declaration of James Pack (Pack Decl.) ¶ 2.

5.      James Pack is an IRS Revenue Agent in the Small Business & Self Employed Division, Special Enforcement Program, Field Operations in Camarillo, California, assigned to the aforementioned Agrama examination.  Revenue Agent Pack is authorized to issue administrative summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and IRS Delegation Order No. 25-1.  Pack Decl. ¶¶ 1, 3.

6.      In furtherance of the examination and in accordance with 26 U.S.C. § 7602, on June 5, 2018, Revenue Agent Pack issued an IRS summons directing Mr. Agrama to appear on July 9, 2018, and to produce for examination books, records, papers, and other data as described in said summons.  Pack Decl. ¶ 5.

7.      In accordance with a written waiver, on June 5, 2018, Revenue Agent Pack served the summons by hand delivery to the Agramas' counsel, Dennis Perez.  Pack

Decl. ¶ 6.

8. In accordance with 26 U.S.C. § 7609, on June 6, 2018, Revenue Agent Pack gave separate notice of the summons described above by certified mail to Mrs. Agrama and by hand delivery to Mr. Perez on June 5, 2018. Pack Decl. ¶ 7.

9. Mr. Agrama failed to appear on July 9, 2018, the date scheduled for compliance with the summons, and did not produce the books, records, papers, and other data demanded in the summons. Mr. Agrama's failure to fully comply with the summons continues to this date. Pack Decl. ¶ 8.

10. The books, records, papers, and other data demanded in the summons are not already in the possession of the IRS. During the course of the examination, the Agramas have provided the IRS with some documents. To the extent Mr. Agrama earlier provided documents that would also be responsive to a summons request, the IRS is not seeking production of those documents. Pack Decl. ¶ 9.

11. Although the IRS has come into possession of copies of certain documents that are demanded in the summons (Pack Decl. ¶ 10), these copies do not obviate the need for enforcement. Further, describing these documents in detail in the public record could impair the IRS's examination because disclosure of such records would reveal the scope, direction, strategy, and potential limitations of the examination that Mr. Agrama would not otherwise be entitled to receive.

12. Because the IRS is unable to put all the facts surrounding its examination in a publicly available document without compromising the examination, if the Court needs

greater description of the documents in the IRS's possession, the United States would like to present additional information *in camera*.

13.     All administrative steps as required by the Internal Revenue Code for issuance and service of the summons have been followed.  Pack Decl. ¶ 11.

14.     There is no "Justice Department referral," as that term is described in Section 7602(d)(2) of the Internal Revenue Code, in effect with respect to Frank or Olfet Agrama for tax years 1997 through 2009, and 2011.  Pack Decl. ¶ 13.

15.     In  order to obtain enforcement of a summons, the petitioner must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all administrative steps required by the Internal Revenue Code.  *United States v. Powell*, 379 U.S. 48, 57-58, (1964).

16.     In further support of this Petition and incorporated herein by reference, the United States submits a Memorandum of Points and Authorities and the Declaration of James Pack.  The United States has met the *Powell* factors through these documents.

WHEREFORE, petitioner, the United States of America, seeks the following relief:

A.     That this Court enter an order directing Frank Agrama to show cause in writing why he should not fully comply with and obey the aforementioned IRS summons and every requirement thereof as enumerated in the Declaration of James Pack;

B.     That this Court enter an order directing Frank Agrama to appear before

4

Revenue Agent Pack, or any other proper officer or employee of the Internal Revenue Service, and produce for examination books, records, papers and other data as required by the summons;

      C.     That the United States of America recover its costs in this action; and

      D.     That the Court grant such other further relief as it deems just and proper.

Dated this 25th day of October, 2019.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

**/s/ Amy Matchison**
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division