

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

CRIMINAL INVESTIGATION

September 9, 2010

Dennis L. Perez, Esq.
Hochman, Salkin, Rettig, Toscher & Perez
9150 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212

In Re: Frank, Olfet, and Jehan Agrama

Dear Mr. Perez:

This letter is to inform you that the voluntary disclosure of your clients, Frank, Olfet, and Jehan Agrama, which was received on December 10, 2009, has been preliminarily accepted. This acceptance is conditioned upon the information provided by Frank, Olfet, and Jehan Agrama being, and remaining, truthful, timely, and complete.

A voluntary disclosure will not automatically guarantee immunity from prosecution; however, a voluntary disclosure may result in prosecution not being recommended.

Please be aware that to make a voluntary disclosure complete, your clients must fully cooperate with the IRS in determining the correct and appropriate tax liability and pay or make bona fide arrangements to pay in full, any tax, interest, and penalties determined by the IRS to be applicable. This required cooperation includes the production of all requested documents and the taxpayer submitting to an interview if requested by the examining agent.

Your clients' voluntary disclosure will be forwarded for civil examination and the determination of the correct tax liability. A Revenue Agent will be contacting you regarding this matter.

This matter may be considered for the imposition of additional civil sanctions and/or criminal investigation should a subsequent determination be made that your clients have not fully cooperated and/or has provided materially false information.

If you have any further questions please contact Supervisory Special Agent Jay Johnson at (714) 347-9226.

Sincerely,

Leslie P. DeMarco
Special Agent in Charge
Los Angeles Field Office

**Government Exhibit C**

*Offshore Voluntary Disclosures – Optional Format*

*If taxpayer has domestic issues only, please have them contact their local Criminal Investigation office for a traditional voluntary disclosure.*

September 1, 2010

Bryan Starek, Special Agent
Internal Revenue Service – CI
801 Civic Center Drive West
Suite 218, MS 8000
Santa Ana, CA 92701

RE:  Frank and Olfet Agrama
       Voluntary Disclosure

Dear Mr. Starek:

To assist in a timely determination of my acceptance into the Voluntary Disclosure Program, *(for Voluntary Disclosures involving offshore accounts or assets)* I have addressed *all* of the following items:

1.  Personal Information:

    | Frank Agrama | Olfet Agrama |
    |---|---|
    | SSN: H: ▆▆ 2320; | SSN: ▆▆ 2319 |
    | DOB: H: ▆▆ ; | DOB: ▆▆ |
    | Passport No. ▆▆ (US) | Passport No. ▆▆ (US) |
    | Occupation: Chairman of Harmony Gold USA | Occupation: Vice President of Harmony Gold USA |

    Address: ▆▆ , Los Angeles, CA 90046

2.  Taxpayer Representative and his/her contact information.

    Dennis L. Perez, Esq.
    Hochman, Salkin, Rettig, Toscher & Perez, P.C.
    9150 Wilshire Boulevard, Suite 300
    Beverly Hills, CA 90212
    Tel. No. (310) 281-3200
    Fax No. (310) 859-1430
    Email: Perez@taxlitigator.com

3.  Explain the source of the funds.

    The funds belong to foreign entities as explained below and not to me or my wife. My daughter also had no ownership interest in the funds and only had signatory authority. The funds constitute the proceeds from the purchase of film and television rights from producers located outside the United States and sale and licensing of these rights to foreign television stations and networks located outside the United States.

1
Revised 07-28-2009

4. Disclose if you or any related entities are currently under audit or criminal investigation by the Internal Revenue Service or any other law enforcement authority.

   A. Has the IRS notified you that it intends to commence an examination or investigation? No.

   B. Are you under criminal investigation by any law enforcement authority? No.

   If yes, please explain.

5. Do you believe that the IRS has obtained information concerning your tax liability? No.

   A. If yes, please specify.

6. Please check the box to estimate the annual range of the highest aggregate *value* of your offshore accounts/assets.

| Highest Aggregate Account/Asset Value | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| $0 to $100,000 | | | | | | |
| $100,000 to $1,000,000 | | | | | | |
| $1,000,000 to $2,500,000 | | | | | | |
| $2,500,000 to $10,000,000 | | | | | | |
| Greater than $10,000,000 | X | | X | X | | |
| Greater than $100,000,000 | | X | | | X | X |

7. Please check the box to estimate the potential total unreported *income* from the offshore account(s) during each disclosure period. If known, please enter exact amounts/assets.

| Estimated Total [1] Unreported Income | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| $0 to $100,000 | | | | | | |
| $100,000 to $1,000,000 | | | | | | |
| $1,000,000 to $2,500,000 | | | | | | |
| $2,500,000 to $10,000,000 | | | | | | |
| Greater than $10,000,000 | | | | | | |

---

[1] Since the foreign accounts were not owned by me or my wife, we did not have any unreported income from these accounts or from any other source. I was the Commercial Representative of these foreign companies and was paid through my company, Harmony Gold U.S.A. Since all these payments were remitted to Harmony Gold U.S.A., they were declared yearly to the IRS. Also my Harmony Gold U.S.A. salary has been duly declared on my personal income tax returns.

8. For accounts or assets where you have control or are a beneficial owner of the account or asset, list any and all financial institutions and the country where the institution is located. For accounts, please also list the dates the accounts were opened and/or closed. Provide your point of contact at each financial institution.

> Neither I nor my wife are beneficial owner of the accounts mentioned below. I operated as the commercial representative of the foreign companies below, and they have provided me with the appropriate powers of attorney. My company, Harmony Gold USA, handles on behalf of these companies, their accounts receivable and payable, and the quality control of the broadcast materials for each of the films being licensed and delivered to television stations abroad.
>
> The beneficial owner of these related foreign companies is Paddy Chan, who is a Hong Kong citizen with British nationality.
>
> **Institutions and Country**
>
> 1. Harmony Gold Ltd.
>    Incorporated: June 26, 1979
>    Location: Hong Kong
>
> 2. Wiltshire Trading Limited
>    Incorporated: April 8, 1988
>    Location: Hong Kong
>
> 3. Melchers Trading Ltd.
>    Incorporated: March 25, 1988
>    Location Curacao
>
> 4. Olympus Trading
>    Incorporated: May 22, 1992
>    Location: Dublin, Ireland
>
> **Bank Accounts**
>
> 1. Name of Account: Harmony Gold Limited (Hong Kong)
>    Bank: UBS
>    Account No. ███4110
>    Opened: 1980
>    Closed: Still open
>    Location: Lugano, Switzerland
>    Point of Contact: Luca Dermitzel, Senior V.P. (deceased)

    2. Name of Account: Wiltshire Trading, Ltd. (Hong Kong)
       Bank: UBS
       Account No. ▮1079
       Opened: 1991
       Closed: Still open
       Location: Lugano, Switzerland
       Point of Contact: Luca Dermitzel, Senior V.P. (deceased)

    3. Name of Account: Melchers N.V.
       Bank: UBS
       Account No. ▮9339
       Opened: 1991
       Closed: Still open
       Location: Lugano, Switzerland
       Point of Contact: Luca Dermitzel, Senior V.P. (deceased)

    4. Name of Account: Harmony Gold Ltd (Hong Kong)
       Bank: UBS
       Opened: 3/2005
       Closed: 1/2006
       Location: Hong Kong
       Point of Contact: Sandro Gianella, V.P.

    5. Name of Account: Olympus Trading
       Bank: National Irish Bank
       Opened: 12/31/96
       Closed: 12/15/07
       Location: Ireland
       Point of Contact: Sarah McGrugan

9. Explain the purpose for establishing the offshore account or assets. For example: Holocaust Compensation or Restitution; inherited account; account established prior to World War II, etc.; if tax non-compliance – please explain.

    **The above-mentioned accounts belong to foreign companies based in Hong Kong, Curacao and Ireland. These companies are in the international film distribution business. These companies sell and license films and television rights to European and other television stations throughout the world. The film and television rights being bought and sold are exclusively for foreign territories outside the U.S.**

10. List each person or entity affiliated with the account, their formal structure (i.e., if a corporation, foundation, or trust), and the nature of their relationship to the account (i.e. owner, power of attorney, parent entity of corporate account holder, etc.).

   a. Frank Agrama is a U.S. citizen and commercial representative of the above-mentioned foreign companies. Mr. Agrama lives in Los Angeles, California.

   b. Ms. Paddy Chan, Hong Kong citizen and British subject, is the beneficial owner of all the companies that own the accounts. She resides in Hong Kong

11. Explain all face-to-face meetings, and any other communications you had regarding the accounts or assets with the financial institution(s). Also include face-to-face meetings or communications regarding the accounts or assets with independent advisors/investment managers not from the financial institution(s) where the funds are held. Provide the names, locations and dates of these meetings and/or communications.

   *UBS - Lugano, Switzerland*

   Luca Dermitzel, Vice President of UBS (deceased)
   - Talked on phone and met 3 or 4 times per year in Cannes, France at the T.V. and Film Festivals.

   *UBS - Hong Kong*

   Sandro Gianella
   - Talked on the phone several times during the short period the account was open, from March 2005 to January 2006. There were no face-to-face meetings

   *National Irish Bank - Ireland*

   Sarah McGrugan
   - Talked on phone but never met face-to-face

   Ray Bergin
   - Talked on phone but never met face-to-face

By signing this document, I certify that I am willing to continue to cooperate with the Internal Revenue Service, including in assessing my income tax liabilities and making good faith arrangements to pay all taxes, interest, and penalties associated with this voluntary disclosure.

5
Revised 07-28-2009

Under penalties of perjury, I declare that I have examined this document and accompanying statements, and to the best of my knowledge and belief, they are true, correct, and complete.

**IRS reserves the right to make further contacts with the taxpayer to clarify his/her submission.**

_____  FRANK AGRAMA  Sept 1 2010
Signature of Taxpayer        PRINT NAME      Date

_____  OLFET AGRAMA   9-1-2010
Signature of Taxpayer        PRINT NAME      Date