```
***********************
***   TX REPORT     ***
***********************

TRANSMISSION OK

TX/RX NO              4718
RECIPIENT ADDRESS     913108591430
DESTINATION ID
ST. TIME              02/13 13 54
TIME USE              00'16
PAGES SENT            1
RESULT                OK
```



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20224**

CRIMINAL INVESTIGATION

February 13, 2013

Dennis L. Perez, Esq.
Hochman, Salkin, Rettig, Toscher & Perez
9150 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
Fax: 310-859-1430

In Re: Frank, Olfet & Jehan Agrama

Dear Dennis L. Perez:

Although your clients were informed they were accepted into the OVDI on or about September 9, 2010, upon further review it has been determined that your clients are declined from the OVDI.

If you have any further questions, please contact the Voluntary Disclosure Coordinator at (267) 941-1607.

Sincerely,

John R. Tafur
Director, Global Financial Crimes
IRS, Criminal Investigation

**Government Exhibit D**