RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

AMY MATCHISON (CABN 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 307-6422
Fax:           (202) 307-0054
E-mail:  Amy.T.Matchison@usdoj.gov
             Western.Taxcivil@usdoj.gov

NICOLA T. HANNA
United States Attorney
312 North Spring Street, Suite 1200
Los Angeles, California 90012

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> FRANK AGRAMA ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 2:19-cv-09204-DDP-JC <br><br> ***EX PARTE* APPLICATION FOR LEAVE TO SUBMIT DECLARATION AND MEMORANDUM *IN CAMERA*** |

      Pursuant to Local Rule 79-6, the United States hereby applies *ex parte* for an order to submit a declaration and accompanying memorandum, *in camera*.

      Good cause exists to submit the declaration and memorandum *in camera* because

1

they contain confidential and privileged information concerning the IRS's active, ongoing examination of the federal income tax liability of Frank and Olfet Agrama for the tax years 1997 through 2009, and 2011, the public disclosure of which would prejudice the examination. As the United States raised in its Petition to Enforce, the IRS is unable to put all the facts surrounding the examination in a publicly available document without compromising the examination and would like to present the Court with additional information *in camera*. (Docket No. 1 at ¶ 12).

The Court has the discretion to permit the United States to file or otherwise non-publicly provide documents. Specifically, the United States wishes to disclose to the Court certain information related to the ongoing IRS examination of the Agramas and how it came into possession of copies of certain summoned documents. However, filing this information in the public record could impair the IRS's examination because disclosure of such information would reveal the scope, direction, strategy, and potential limitations of the examination. A similar declaration was submitted for *in camera* review in Mr. Agrama's FOIA litigation, at both the district court level and on appeal to the D.C. Circuit. *See Agrama v. Internal Revenue Service,* 272 F.Supp.3d 42, 46-47 (D.D.C. Sept. 28, 2017), *aff'd,* No. 17-5256, 2019 WL 2067719 (D.C. Cir. April 19, 2019).

For these reasons, the United States asks the Court to grant this application for leave to submit a declaration and memorandum *in camera*.

Pursuant to Local Rule 7-19.1, undersigned counsel for the United States notified counsel for Mr. Agrama of the date and substance of this application. Mr. Agrama


opposes the United States' *ex parte* application on both procedural and substantive grounds.

      Dated this 9th day of July, 2020.

                              RICHARD E. ZUCKERMAN
                              Principal Deputy Assistant Attorney General

                              */s/ Amy Matchison*
                              AMY MATCHISON (CA SBN 217022)
                              Trial Attorney, Tax Division